# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-7022                                                                September Term, 2013

1:12-cv-00436-EGS

**Filed On:** August 18, 2014

Norman Williams and Diane Howe, as Legal Representative of J.H.,

    Appellants

    v.

Romarm, SA and Does Company Distributors,

    Appellees

**BEFORE:** Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges; Edwards and Silberman, Senior Circuit Judges

## O R D E R

Upon consideration of appellants' petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

    BY:    /s/
             Jennifer M. Clark
             Deputy Clerk